IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| BROCK PYLE,<br><br>                  Plaintiff,<br><br>v.<br><br>TIFFANY MICHELLE MUNN, et al.,<br><br>                  Defendants. | **MEMORANDUM DECISION AND DISMISSAL ORDER**<br><br>Case No. 1:23-cv-93 TC<br><br>District Judge Tena Campbell |

      Plaintiff Brock Pyle filed a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 4.) On August 14, 2023, the court granted Plaintiff's motion to proceed in forma pauperis (without prepaying the court filing fee). (ECF Nos. 1, 3.) Plaintiff was sent an order to file a financial certificate, account statement, and initial partial filing fee within thirty days. (ECF No. 3.) That order was returned to sender and marked "not in our facility." (ECF No. 7.) On September 18, 2023, the Court ordered Plaintiff to within thirty days file (a) a letter confirming Plaintiff is still a prisoner; or (b) a renewed application to proceed in forma pauperis, reflecting non-prisoner status. Despite these orders, the court has not heard from Plaintiff since the filing of the complaint, on August 14, 2023. (ECF No. 4.)

It is therefore ORDERED as follows:

1. Plaintiff's action is DISMISSED without prejudice for failure to follow the Court's orders and to prosecute this action (ECF Nos. 3, 8). <u>See</u> DUCivR 41-2.

2. Plaintiff's motion to appoint counsel (ECF No. 5) is DENIED as moot.

DATED this 24th day of October, 2023.

                          BY THE COURT:

                          */s/ Tena Campbell*
                          TENA CAMPBELL
                          United States District Judge